JOSEPHINE ANDERSON PHILLIPS, Respondent, v. CASPER WISTAR HODGSON, Defendant. SAMUEL WILLIG and JOHN L. SHEPPARD, as Attorneys, Appellants; MACKEY & MARCHISIO, as Attorneys, Respondents. (Action No. 1.) — In view of the decision of the main appeal (post, p. 754), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

JOSEPHINE ANDERSON PHILLIPS, Respondent, v. CASPER WISTAR HODGSON, Defendant. SAMUEL WILLIG and JOHN L. SHEPPARD, as Attorneys, Appellants; MACKEY & MARCHISIO, as Attorneys, Respondents. (Action No. 2.) — In view of the decision of the main appeal (post, p. 754), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID H. BERGMAN, Appellant.— Motion for resettlement of order denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

JOHN VIZZI, Appellant, v. ANTONIO CHIRICO and " JANE " CHIRICO, His Wife, First Name " Jane " Being Fictitious, and Others, Respondents. INTERBORO PERSONAL LOAN COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

SADIE WALD, Respondent, v. FOX VARIETIES COMPANY and Others, Appellants.— Motion to extend time to answer until ten days after determination of appeal (post, p. 757), decided herewith, granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

HENRY WILKINSON and MAXWELL HYDE, Doing Business under the Firm Name and Style of WILKINSON & HYDE, Respondents, v. LOWERY APARTMENTS, INC., and Others, Defendants. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

MARY APFELBERG, Respondent, v. HARRY LAX, Defendant, and ANNIE LAX, JACOB ABOWITZ and FANNIE ABOWITZ, Appellants.— Order granting motion to strike out affirmative defenses in appellants' answers reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, to be apportioned among the appellants herein. The appellants may impeach the validity of the judgment of foreclosure and sale set forth in the amended complaint for want of jurisdiction. The question of the legality and sufficiency of the service by publication and mailing of the original process in the alleged judgment of foreclosure should be decided upon a trial of this action, and not on a motion to strike out the affirmative defenses in the answers. Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., concurs in result.

MAX BERNSTEIN, Appellant, v. MORRIS KLEIN, Respondent.— Judgment dismissing complaint reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that the plaintiff made out a prima facie case for submission to the jury. Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ., concur.

MICHAEL BERNSTEIN, Respondent, v. SILVERTOWN CONSTRUCTION COMPANY, INC., Appellant, and COLUMBIA CASUALTY COMPANY, Defendant.— Judgment and